# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :      NO. 702
                                          :
ORDER AMENDING THE INDEX AND              :      SUPREME COURT RULES DOCKET
RESCINDING AND REPLACING FORMS            :
OC-01 THROUGH OC-06 AND RW-06             :
THROUGH RW-10 IN THE APPENDIX             :
TO THE PENNSYLVANIA ORPHANS'              :
COURT RULES                               :

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of August, 2016, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3) in the interest of justice and efficient administration:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) The Index to the Appendix of the Pennsylvania Orphans' Court Rules is amended; and

2) Forms OC-01 through OC-06 and RW-06 through RW-10 in the Appendix to the Pennsylvania Orphans' Court Rules are rescinded and replaced

in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective September 1, 2016 for all legal papers, pleadings, or notices filed or served as of that date.

Additions to the Index are shown in bold and underlined
Deletions from the Index are shown in bold and in brackets